IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-cv-23304-KMW

CERNUDA ART CONSULTANTS, INC.,
a Florida corporation

  Plaintiff,
v.

JORGE BURILLO, an individual,

  Defendant.
_____/

JORGE BURILLO, an individual,

  Counter-Plaintiff,

v.

CERNUDA ART CONSULTANTS, INC.,
d/b/a "CERNUDA ARTE," a Florida corporation;
RAMÓN CERNUDA, an individual; and ROES 1-10.

  Counter-Defendants.
_____/

**MOTION OF EISNER JAFFE, P.C. TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT AND COUNTER-PLAINTIFF JORGE BURILLO**

  Pursuant to Local Rules 7.1 and 11.1, the undersigned counsel and the law firm of Eisner Jaffe, P.C. ("Eisner Jaffe") respectfully request this Court to grant them leave to withdraw as counsel of record for Defendant and Counter-Plaintiff Jorge Burillo ("Burillo"), and in support thereof, states as follows:

  1. Eisner Jaffe wishes to withdraw as counsel for Burillo, and Burillo understands and consents to the withdrawal of Eisner Jaffe.

1

  2.  Burillo remains represented by the law firm of Meland Russin & Budwick, P.A.

  3.  Pursuant to Local Rule 11.1(d), Burillo and opposing counsel have had the requisite notice of Eisner Jaffe's intention to withdraw prior to the filing of this motion.

  4.  Pursuant to Local Rule 7.1(a)(3), the undersigned counsel has meet and conferred with counsel of record for all parties, and there were no objections to Eisner Jaffe's withdrawal.

  THEREFORE, the Court should grant Eisner Jaffe's Motion to Withdraw as Counsel of Record.

Dated: December 16, 2016.  Respectfully submitted,

  EISNER JAFFE, P.C.
  9601 Wilshire Blvd., Suite 700
  Beverly Hills, California 90210
  Telephone: (310) 855-3200
  Facsimile: (310) 855-3201
  *s/Brianna Dahlberg*
  BRIANNA DAHLBERG
  (*pro hac vice*)
  E-Mail: bdahlberg@eisnerlaw.com

  *Counsel for Defendant/Counter-Plaintiff Jorge Burillo*

CASE NO.: 1:16-cv-23304-KMW

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on December 16, 2016, to all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/Brianna Dahlberg*
BRIANNA DAHLBERG